## STATEMENT OF FACTS

On August 30, 2020 at approximately 6:24 p.m., members of the Metropolitan Police Department (MPD) Narcotics and Special Investigations Division (NSID) Gun Recovery Unit (GRU) viewed an Instagram Live video showing an individual on the sidewalk in front of some houses in possession of a black handgun with an extended magazine. Officers recognized the individual from a previous arrest as Devonte Jafferson (Defendant Jafferson). Defendant Jafferson was wearing a blue hooded sweatshirt and black jeans in the video, and his face was visible. The black handgun was in the front of his waistband in the live video, which was posted to Instagram by user "maxxahmiliano". The black handgun had a long extended magazine which was sticking out of the defendant's waistband. Officers knew Defendant Jafferson to associate around the area of Green Street Southeast, V Street Southeast, W Street Southeast and U Street Southeast in Washington, D.C.

Officers immediately responded to the area and immediately observed Defendant Jafferson standing in front of 1317 U Street Southeast in Washington, D.C. He was wearing the same blue hooded sweatshirt and black jeans as he was on the Instagram live video. Once Defendant Jafferson observed police, he immediately got into the backseat of a parked vehicle and could be seen moving around in the backseat of the vehicle. Officers made contact with Defendant Jafferson and stepped him out of the vehicle. Officers searched the vehicle and recovered a black in color handgun with an extended magazine loaded with ammunition from underneath the front passenger seat. The firearm was visible from the rear passenger side of the vehicle, which is where officers observed Defendant Jafferson inside of the vehicle. Defendant Jafferson was placed under arrest. The vehicle was not registered to Defendant Jafferson. There was no one else inside the vehicle.

The firearm was recovered and determined to be what is commonly described as a privately made firearm (PMF) or "ghost gun". The firearm is comprised of an unserialized Polymer 80 Inc. receiver and Glock model 19 slide. The firearm is a .9 millimeter semiautomatic handgun with no serial number. When it was recovered, it was loaded with one (1) round in the chamber and thirty-two (32) rounds in an extended, high capacity magazine. The firearm, and in particular the long black magazine that was loaded with the ammunition, appeared to be the same firearm as that seen in the defendant's waistband in the live Instagram video. There are no ammunition manufacturers in the District of Columbia. Therefore, the ammunition in this case would have traveled in interstate commerce prior to being recovered in the District of Columbia.

A criminal history check of Defendant Jafferson through the National Crime Information Center (NCIC) confirmed that the defendant has a prior felony conviction in the Superior Court for the District of Columbia for Robbery, docket number 2016 CF3 10185. The defendant was sentenced to thirty (30) months of incarceration for this conviction with twenty-one (21) months suspended. The defendant is still on supervision for this offense. Therefore, the defendant was aware at the time of his arrest in this case that he had a prior conviction for a crime punishable by more than one year.

_____
OFFICER EMILY PAINTEN
METROPOLITAN POLICE DEPARTMENT

Case: 1:20−mj−00172
Assigned To : Harvey, G. Michael
Assign. Date : 8/31/2020
Description: Complaint w/ Arrest Warrant

*Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone, this 31st day of August, 2020.*

_____
G. MICHAEL HARVEY
U.S. MAGISTRATE JUDGE